UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIM MUSSELL and CAROL MUSSELL,<br><br>                Plaintiffs,<br><br>   v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., METLIFE HOME LOANS, a Division of Metlife Bank, N.A., FIRST HORIZON HOME LOAN CORPORATION,<br><br>                Defendants. | Case No. 1:13-cv-00188-BLW-REB<br><br>**ORDER** |

The Court has before it Plaintiffs' Motion for 14-Day Enlargement of Time to Object to Report and Recommendation (Dkt. 23). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. Plaintiffs' Motion for 14-Day Enlargement of Time to Object to Report and

Recommendation (Dkt. 23) is **GRANTED**. Plaintiffs shall file any objections to the Report and Recommendation on or before **June 16, 2014**.

DATED:  **June 10, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge