UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIM MUSSELL and CAROL MUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, N.A. FIRST HORIZON HOME LOAN CORPORATION,<br><br>Defendants. | Case No. 1:13-cv-00188-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Defendants, and that this case be dismissed.

DATED: September 25, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court

Judgment - 1